**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **WENDY COUNTRYMAN,** | ) | |
| **f/k/a WENDY M. BELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO: 09-0512-CG-N** |
| | ) | |
| **AMERICAN NATIONAL PROPERTY** | ) | |
| **AND CASUALTY COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**ORDER**</u>

Counsel for the parties notified the court that this action has been settled.   Accordingly,

it is **ORDERED** that all claims in the above-styled action are **DISMISSED WITH**

**PREJUDICE** subject to the right of any party to reinstate the action within thirty (30) days of

the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this 22nd day of February, 2010.


_ /s/ Callie V. S. Granade_____
UNITED STATES DISTRICT JUDGE