IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WENDY COUNTRYMAN,** | ) |
|    f/k/a **WENDY M. BELL,** | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   **CIVIL ACTION NO: 09-0512-CG-N** |
| | ) |
| **AMERICAN NATIONAL PROPERTY** | ) |
| **AND CASUALTY COMPANY,** | ) |
| | ) |
|    Defendant. | ) |

## ORDER

Counsel for the parties notified the court that this action has been settled. Accordingly, it is **ORDERED** that all claims in the above-styled action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this 22nd day of February, 2010.

                                                  /s/ Callie V. S. Granade
                                         UNITED STATES DISTRICT JUDGE